UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LA VALLEY FOODS, INC. dba BAJA FRESH #335, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:16-cv-1402-AWI-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL BY OPERATION OF LAW AS TO DEFENDANT WALNUT-MOONEY CENTER, LLC ONLY** |

　　　On January 4, 2017, Plaintiff Jose Trujillo filed a stipulated notice of voluntary dismissal (Doc. 12) to dismiss Defendant Walnut-Mooney Center, LLC from this action with prejudice under Fed. R. Civ. Pro. 41(a)(1)(A)(ii). In light of Plaintiff's notice of voluntary dismissal, the claims against Defendant Walnut-Mooney Center, LLC are terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own attorney's fees and costs. The Clerk is directed to terminate Walnut-Mooney Center, LLC on the docket.

IT IS SO ORDERED.

　　Dated: **January 9, 2017**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1